

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 7
www.txcourts.gov/3rdcoa.asp
(512) 463-1733

**FILED**

June 10, 2025

**Fifteenth Court of Appeals**
**Christopher A. Prine**
**Clerk of Court**

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

June 10, 2025

The Honorable Christopher A. Prine
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
*DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     15-25-00024-CV
        Trial Court Case Number:     D-1-GN-22-002025

Style:  Mike Morath, in his official capacity as Texas Commissioner of Education and La Villa
Independent School District v. Dr. Paz Elizondo

Dear Honorable Christopher A. Prine:

The Third Court of Appeals agrees with the Fifteenth Court of Appeals not to transfer the appeal
styled Mike Morath, in his official capacity as Texas Commissioner of Education and La Villa
Independent School District v. Dr. Paz Elizondo, No. 15-25-00024-CV.  *See* Tex. R. App. P.
27a.

Very truly yours,

Jeffrey D. Kyle, Clerk

cc:     Karen L. Watkins
        David J. Campbell
        Ruben R. Pena